Todd M. Friedman (216752)
tfriedman@attorneysforconsumers.com
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228

Aaron D. Radbil
aradbil@mgjdlaw.com
Greenwald Davidson PLLC
5550 Glades Rd, Ste. 500
Boca Raton, FL 33431
Phone: (561) 826-5477
Fax: (561) 961-5684
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA KIELTY AND SUSAN PATHMAN, *on behalf of themselves and all others similarly situated*, <br><br> Plaintiff, <br><br> vs. <br><br> MIDLAND CREDIT MANAGEMENT, INC., <br><br> Defendant. <br> _____ | Case No. 3:14-cv-00541-BAS-BGS <br><br> **JOINT MOTION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS FROM JUNE 30, 2014, TO JULY 28, 2014** |

COME NOW, Plaintiffs Patricia Kielty and Susan Pathman and Defendant Midland Credit Management, Inc., ("The Parties" collectively herein) by and through respective counsel, hereby jointly move to continue the hearing on Defendant's Motion to Dismiss from June 30, 2014, at 10:30 a.m. to July 28, 2014,

at 10:30 a.m.  The Parties further move to adjust the briefing schedule to the new hearing date, allowing Plaintiffs' opposition to be filed on or before July 7, 2014, and Defendant's reply to be filed on or before July 21, 2014.

WHEREBY, The Parties, by and through respective counsel and hereby stipulate to continue the hearing on Defendant's Motion to Dismiss from June 30, 2014, at 10:30 a.m. to July 28, 2014, at 10:30 a.m.  The Parties further stipulate to a new briefing schedule, allowing Plaintiffs' opposition to be filed on or before July 7, 2014, and Defendant's reply to be filed on or before July 21, 2014.

DATED:  May 30, 2014            The Law Offices of Todd M. Friedman, P.C.

                                s/ Todd M. Friedman_____
                                Todd M. Friedman, Esq.
                                Attorney for Plaintiffs,
                                Patricia Kielty and Susan Pathman


DATED:  May 30, 2014            TROUTMAN SANDERS LLP

                                s/Chad R. Fuller_____
                                Chad R. Fuller, Esq.
                                Attorney for Defendant,
                                Midland Credit Management, Inc.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Filing Administrative Polices and Procedures Manual, I hereby certify that the content of this document is acceptable to Chad R. Fuller, Esq., counsel for Defendant, Midland Credit Management, Inc., and that I have obtained Mr. Fuller's authorization to affix his electronic signature to this document.

Dated: May 30, 2014                    Respectfully submitted,

                                                Law Offices of Todd M. Friedman, P.C.

                                                By: <u>s/Todd M. Friedman</u>
                                                      Todd M. Friedman, Esq.
                                                      Attorney for Plaintiff

# PROOF OF SERVICE

I, Todd M. Friedman, state the following:

I am employed in Los Angeles, California; I am over the age of 18 and am not a party to this action; my business address is 324 S. Beverly Dr., #725, Beverly Hills, CA 90212.  On May 3, 2014, I served the following documents:

**JOINT MOTION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS FROM JUNE 30, 2014, TO JULY 28, 2014**

On the parties listed below:

Chad R. Fuller
Troutman Sanders LLP
Attorney for Defendant

By the following means of service:

[X] **BY ELECTRONIC CASE FILING:** I filed the submitted the document listed above via the court's Electronic Case Filing (ECF) system which provides electronic mail (email) service of the listed document directly to the party listed above to his/her "email address of record."

[X] **STATE:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on May 30, 2014, at Beverly Hills, California.

By: /s/ Todd M. Friedman
Todd M. Friedman