# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA KIELTY, *ET AL.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>　　　　　　　　　Defendant. | Case No.  14-cv-00541-BAS(BGS)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT**<br><br>(ECF No. 19) |

　　　On January 28, 2015, this Court entered an Order granting Defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) with leave to amend. (ECF No. 16.)  Plaintiffs have now filed a notice with the Court of their intent not to amend, requesting that judgment be entered to allow the option of an appeal.  (ECF No. 19.)

　　　When a party files in writing a notice of intent not to file an amended complaint, the district court may enter a final order of dismissal, allowing the plaintiff the opportunity to appeal.  *WMX Technologies, Inc. v. Miller*, 104 F.3d 1133, 1135 (9th Cir. 1997) (en banc).  Accordingly, this Court **GRANTS** Plaintiffs' motion and

1 | dismisses this action with prejudice.  The Clerk of Court is hereby directed to enter
2 | judgment in favor of Defendant.
3 |     **IT IS SO ORDERED.**
4 |
5 | DATED: November 6, 2015
6 |                           Hon. Cynthia Bashant
                          United States District Judge